# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

**APPEARANCE**

CASE NO.: 3:00CR00263(JCH)

LESLIE WAYNE CARLOS

To the Clerk of this Court and all parties of record:

Enter my Appearance as counsel in this case for:

LESLIE WAYNE CARLOS

Date: March 6, 2008

/s/
Signature

Bar No.: ct25379

Sarah A. L. Merriam
Print Name

FEDERAL DEFENDER OFFICE
Firm Name

265 Church Street, Suite 702
Address

New Haven,    CT    06510
City          State   Zip Code

(203) 498-4200
Phone Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been mailed to Sandra Glover, Assistant United States Attorney, 157 Church Street, 23rd Floor, New Haven, CT, 06510, and to Paul Murphy, Assistant United States Attorney, 915 Lafayette Boulevard, Bridgeport, CT, 06604, on this 6th day of March, 2008.

Sarah A. L. Merriam