UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                          CRIMINAL ACTION NO.
                                            3:00R00263 (JCH)
LESLIE WAYNE CARLOS,
    Defendant.
                                            APRIL 21, 2008

### ORDER TO SHOW CAUSE

The Defendant is hereby ORDERED to SHOW CAUSE, by June 20, 2008, why the defendant should be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The Government is to respond no later than July 21, 2008

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because the Amendment does not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)). The defendant's guideline range was determined based on his status as a career offender.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 21st day of April, 2008.

                              /s/ Janet C. Hall
                              Janet C. Hall
                              United States District Court

Case 3:00-cr-00263-JCH    Document 1886    Filed 04/22/2008    Page 2 of 2