UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                       :
UNITED STATES OF AMERICA               :    Case No. 3:00CR00263(JCH)
                                       :
v.                                     :
                                       :
LESLIE WAYNE CARLOS                    :    August 21, 2008
                                       :
-------------------------------------------------------x
```

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

The defendant, Leslie Wayne Carlos, hereby respectfully requests that the Court permit him to file a supplemental brief through counsel, on or before August 29, 2008, in further support of his motion for reduction in sentence pursuant to 18 U.S.C. § 3582. The purpose of such a brief would be to address the potential impact on Mr. Carlos' motion of this Court's recent decision in the matter of United States v. Milton Menafee, 3:04CR00138(JCH).

Respectfully submitted,

The Defendant,
Leslie Wayne Carlos

Thomas G. Dennis
Federal Defender

Dated: August 21, 2008            _____/s/_____
                                  Sarah A. L. Merriam
                                  Assistant Federal Defender
                                  265 Church Street, Suite 702
                                  New Haven, CT   06510
                                  Bar No. ct25379
                                  Phone: 203-498-4200
                                  Fax: 203-498-4207
                                  Email: sarah_merriam@fd.org

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on August 21, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/
                                Sarah A. L. Merriam