UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION NO. |
| v. | : 3:00-cr-263 (JCH) |
| | : |
| LESLIE WAYNE CARLOS | : AUGUST 29, 2008 |

**ORDER TO SHOW CAUSE**

    Defendant Leslie Wayne Carlos has filed a Supplemental Memorandum [Doc. No. 1937] in support of his argument that he is entitled to a sentence reduction under the retroactive amendment to the crack-cocaine guidelines. The government is hereby **ORDERED TO SHOW CAUSE** why the requested relief should not be granted, for the reasons set forth in the portion of the Supplemental Memorandum discussing the differences between departures under USSG § 4A1.3, and other departures. Any response shall be due by **September 12, 2008**.

**SO ORDERED.**

    Dated at Bridgeport, Connecticut, this 29th day of August, 2008.

                                         /s/ Janet C. Hall
                                         Janet C. Hall
                                         United States District Judge